IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAYLOR BAGLEY, | ) | Case No. 8:16CV30 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon email notice of settlement given to the magistrate judge by Timothy Hook, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **March 15, 2017,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Robert F. Rossiter, Jr., at rossiter@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for April 25, 2017, is cancelled upon the representation that this case is settled.

Dated: February 10, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge