IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR BAGLEY,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | 8:16CV00030<br><br>MOTION AND STIPULATION<br>FOR DISMISSAL |

The Parties, by and through their respective Counsel, hereby move and stipulate that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

TAYLOR BAGLEY, Plaintiff

By: s/ E. Terry Sibbernsen
    E. TERRY SIBBERNSEN, #13826
    SIBBERNSEN, STRIGENZ &
      SIBBERNSEN, P.C.
    1111 North 102 Court, #330
    Omaha, NE  68114
    Tel:  (402) 493-7221
    terry@sibbandstrig.com

THE UNITED STATES OF AMERICA, Defendant

DEBORAH R. GILG
United States Attorney
District of Nebraska

By:  s/ Timothy R. Hook
    TIMOTHY R. HOOK, #24529
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE  68102-1506
    Tel:  (402) 661-3700
    Fax:  (402) 661-3081
    tim.hook@usdoj.gov

CERTIFICATE OF SERVICE

   I hereby certify that on March 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: E. Terry Sibbernsen, and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants:  None.

                 s/ Timothy R. Hook
                 Assistant U.S. Attorney